# Exhibit F

*Claim Chart – '250 Patent*

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

# US Patent 6,741,250 Versus Lenovo VOIP 360 Camera



1

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

1. A method of:

    recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images;

    designating a portion of said video stream to be a video segment; and

    specifying a view path through said video segment.

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

| Claim 1 | |
|---|---|
| A method of: recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images | https://cdn.cnetcontent.com/69/5b/695be55e-1768-4975-b79d-b68f7939d23d.pdf<br><br>**LENOVO™ VoIP 360 CAMERA SPEAKER**<br><br>**SPECIFICATIONS**<br><br>**PN (Country Coverage)**: 40AT360CWW, G0A5360CWW, G0A5360CJP, G0A5360CCN<br><br>**Audio**:<br>• 360° Sound Capture with 6'7" (2 m) Radius Range<br>• 360° Speaker with 6'7" (2 m) Radius Range<br>• Acoustic Echo Cancellation (AEC)<br>• Environment Noise Suppression (ENS)<br><br>**Video**:<br>FOV : 360° (Horizontal), 180° (Vertical)<br>Resolution : 1920 x 1080 @ 30 fps<br>Display Modes: Standard View, Quadrant View, Split View, Panoramic View and Camera Off |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

| Claim 1 | |
|---|---|
| A method of:<br><br>recording a video stream comprising a plurality of frames, wherein said plurality of frames define a plurality of distorted images | https://www.youtube.com/watch?v=EJPLuYoxl6Q  {e.g. with "quadrant view" display mode listed in slide 3 above}<br><br>[Screenshot of YouTube video "Lenovo VoIP 360 Camera Speaker" showing a quadrant view with four panels: two room views and two people, with green and red dashed outline annotations. Timestamp 2:18 / 4:15]<br><br>{ Note: images for a 90 degree field of view for the "quadrant view" on a flat screen are distorted as shown above. } |

4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

| Claim 1 | |
|---|---|
| designating a portion of said video stream to be a video segment; and | https://www.youtube.com/watch?v=EJPLuYoxl6Q  {e.g. with "standard view" display mode listed in slide 3 above. "Standard view" would be top right quadrant shown on slide 4, at a different time when both people are in the field of view for "standard view".}  |

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,741,250 by Lenovo*

