# Exhibit G

*Claim Chart – '818 Patent*

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

# US Patent 6,744,818 Versus Moto G7 Power Smartphones with H.264/AVC




*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

1. A video encoding system comprising:

a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream;

an encoder adapted to encode said current frame;

a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and

a filter unit adapted to filter said pixel at least according to said compression dependent threshold.

2

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| A video encoding system comprising: | https://www.gsmarena.com/motorola_moto_g7_power-review-1889p5.php  |

3

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| A video encoding system comprising: | G7 Power records with H.264/AVC and "High Profile": <br><br> https://www.phonearena.com/phones/Motorola-Moto-G-Power_id11349 <br><br> **CAMERA** <br> Video recording: 3840x2160 (4K UHD) (30 fps), 1920x1080 (Full HD) (60 fps) <br><br> "High Definition" uses the H.264 "High Profile": https://www.rgb.com/h264-profiles <br><br> **High Profile** <br> H.264 High Profile is the most efficient and powerful profile in the H.264 family, and is the primary profile for broadcast and disc storage, particularly for HDTV and Bluray disc storage formats. It can achieve a compression ratio of about 2000:1. The High Profile also uses an adaptive transform that can select between 4x4 or 8x8-pixel blocks. For example, 4x4 blocks are used for portions of the picture that are dense with detail, while portions that have little detail are compressed using 8x8 blocks. The result is the preservation of video image quality while reducing network bandwidth requirements by up to 50 percent. By applying H.264 High Profile compression, a 1 Gbps stream can be compressed to about 512 Kbps. |

4

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 286<br><br>The "High Profile" includes the use of bit_depth_luma and bit_depth_chroma:<br><br>**A.2.4    High profile**<br><br>Bitstreams conforming to the High profile shall obey the following constraints:<br>–    Only I, P, and B slice types may be present.<br>–    NAL unit streams shall not contain nal_unit_type values in the range of 2 to 4, inclusive.<br>–    Arbitrary slice order is not allowed.<br>–    Picture parameter sets shall have num_slice_groups_minus1 equal to 0 only.<br>–    Picture parameter sets shall have redundant_pic_cnt_present_flag equal to 0 only.<br>–    Sequence parameter sets shall have chroma_format_idc in the range of 0 to 1 inclusive.<br>–    Sequence parameter sets shall have bit_depth_luma_minus8 equal to 0 only.<br>–    Sequence parameter sets shall have bit_depth_chroma_minus8 equal to 0 only. |

5

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 40<br><br>The "High Profile" includes the use of bit_depth_luma and bit_depth_chroma, which are used for the visual perception estimator:<br><br>**7.3.2.1.1 Sequence parameter set data syntax**<br><br>{Note: "High Profile", and others} →<br><br>| seq_parameter_set_data( ) { | C | Descriptor |<br>|---|---|---|<br>| profile_idc | 0 | u(8) |<br>| constraint_set0_flag | 0 | u(1) |<br>| constraint_set1_flag | 0 | u(1) |<br>| constraint_set2_flag | 0 | u(1) |<br>| constraint_set3_flag | 0 | u(1) |<br>| reserved_zero_4bits /* equal to 0 */ | 0 | u(4) |<br>| level_idc | 0 | u(8) |<br>| seq_parameter_set_id | 0 | ue(v) |<br>| if( profile_idc == 100 \|\| profile_idc == 110 \|\|<br>    profile_idc == 122 \|\| profile_idc == 244 \|\| profile_idc == 44 \|\|<br>    profile_idc == 83 \|\| profile_idc == 86 ) { | | |<br>| chroma_format_idc | 0 | ue(v) |<br>| if( chroma_format_idc == 3 ) | | |<br>| separate_colour_plane_flag | 0 | u(1) |<br>| **bit_depth_luma_minus8** | **0** | **ue(v)** |<br>| **bit_depth_chroma_minus8** | **0** | **ue(v)** | |

6

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 201 - 202<br><br>**8.7.2.2   Derivation process for the thresholds for each block edge**<br><br>Inputs to this process are:<br><br>— the input sample values $p_0$, $q_0$, $p_1$ and $q_1$ of a single set of samples across an edge that is to be filtered,<br>— the variables chromaEdgeFlag and bS, for the set of input samples, as specified in clause 8.7.2,<br>— the variables filterOffsetA, filterOffsetB, $qP_p$, and $qP_q$.<br><br>Outputs of this process are the variable filterSamplesFlag, which indicates whether the input samples are filtered, the value of indexA, and the values of the threshold variables α and β.<br><br>The variables α' and β' depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables α and β are derived as follows:<br><br>— If chromaEdgeFlag is equal to 0,<br><br>$$\alpha = \alpha' * (1 << (BitDepth_Y - 8))  \quad (8\text{-}456)$$<br>$$\beta = \beta' * (1 << (BitDepth_Y - 8))  \quad (8\text{-}457)$$<br><br>*{Note: The threshold values of alpha and beta are based on bit_depth parameters for both chromacity (symbolized by c) and luminance (symbolized by y), which is also shown on the next slide. }*<br><br>— Otherwise (chromaEdgeFlag is equal to 1),<br><br>$$\alpha = \alpha' * (1 << (BitDepth_C - 8))  \quad (8\text{-}458)$$<br>$$\beta = \beta' * (1 << (BitDepth_C - 8))  \quad (8\text{-}459)$$ |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream; | Pg. 202     https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items <br><br> − If chromaEdgeFlag is equal to 0, <br> $\alpha = \alpha' * (1 << (BitDepth_Y - 8))$ <br> $\beta = \beta' * (1 << (BitDepth_Y - 8))$ <br><br> − Otherwise (chromaEdgeFlag is equal to 1), <br> $\alpha = \alpha' * (1 << (BitDepth_C - 8))$ <br> $\beta = \beta' * (1 << (BitDepth_C - 8))$ <br><br> Pg. 67-68 <br><br> **bit_depth_luma_minus8** specifies the bit depth of the samples of the luma array and the value of the luma quantisation parameter range offset $QpBdOffset_Y$, as specified by <br><br> $BitDepth_Y = 8 + bit\_depth\_luma\_minus8$     (7-2) <br><br> $QpBdOffset_Y = 6 * bit\_depth\_luma\_minus8$     (7-3) <br><br> When bit_depth_luma_minus8 is not present, it shall be inferred to be equal to 0. bit_depth_luma_minus8 shall be in the range of 0 to 6, inclusive. <br><br> **bit_depth_chroma_minus8** specifies the bit depth of the samples of the chroma arrays and the value of the chroma quantisation parameter range offset $QpBdOffset_C$, as specified by <br><br> $BitDepth_C = 8 + bit\_depth\_chroma\_minus8$     (7-4) <br><br> $QpBdOffset_C = 6 * (bit\_depth\_chroma\_minus8 + residual\_colour\_transform\_flag)$     (7-5) <br><br> When bit_depth_chroma_minus8 is not present, it shall be inferred to be equal to 0. bit_depth_chroma_minus8 shall be in the range of 0 to 6, inclusive. |

8

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| **an encoder adapted to encode said current frame;** | http://www.fastvdo.com/spie04/spie04-h264OverviewPaper.pdf  Fig. 1: High-level encoder architecture |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items   pg. 201 - 202<br><br>**8.7.2.2   Derivation process for the thresholds for each block edge**<br><br>Inputs to this process are:<br>– the input sample values $p_0$, $q_0$, $p_1$ and $q_1$ of a single set of samples across an edge that is to be filtered,<br>– the variables chromaEdgeFlag and bS, for the set of input samples, as specified in clause 8.7.2,<br>– the variables filterOffsetA, filterOffsetB, $qP_p$, and $qP_q$.<br><br>Outputs of this process are the variable filterSamplesFlag, which indicates whether the input samples are filtered, the value of indexA, and the values of the threshold variables $\alpha$ and $\beta$.<br><br>The variables $\alpha'$ and $\beta'$ depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables $\alpha$ and $\beta$ are derived as follows:<br><br>– If chromaEdgeFlag is equal to 0,<br>$$\alpha = \alpha' * (1 << (BitDepth_Y - 8)) \quad (8\text{-}456)$$<br>$$\beta = \beta' * (1 << (BitDepth_Y - 8)) \quad (8\text{-}457)$$<br>*{Note: Compression dependent threshold of alpha' and beta' are shown on next slide.}*<br><br>– Otherwise (chromaEdgeFlag is equal to 1),<br>$$\alpha = \alpha' * (1 << (BitDepth_C - 8)) \quad (8\text{-}458)$$<br>$$\beta = \beta' * (1 << (BitDepth_C - 8)) \quad (8\text{-}459)$$<br><br>The variable filterSamplesFlag is derived by<br>*{Note: alpha and beta in "filterSamplesFlag" are generated by alpha' and beta', as shown above.}*<br>$$\text{filterSamplesFlag} = (bS \;!\!= 0 \;\&\&\; \text{Abs}(p_0 - q_0) < \alpha \;\&\&\; \text{Abs}(p_1 - p_0) < \beta \;\&\&\; \text{Abs}(q_1 - q_0) < \beta) \quad (8\text{-}470)$$ |

10

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | | |
|---|---|---|
| a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder; and | The variables α' and β' depending on the values of indexA and indexB are specified in Table 8-16. Depending on chromaEdgeFlag, the corresponding threshold variables α and β are derived as follows.<br><br>— If chromaEdgeFlag is equal to 0,<br><br>$$\alpha = \alpha' * (1 << (BitDepth_Y - 8))  \quad (8\text{-}466)$$<br>$$\beta = \beta' * (1 << (BitDepth_Y - 8))  \quad (8\text{-}467)$$<br><br>— Otherwise (chromaEdgeFlag is equal to 1),<br><br>$$\alpha = \alpha' * (1 << (BitDepth_C - 8))  \quad (8\text{-}468)$$<br>$$\beta = \beta' * (1 << (BitDepth_C - 8))  \quad (8\text{-}469)$$<br><br>The variable filterSamplesFlag is derived by<br><br>$$\text{filterSamplesFlag} = (bS \ne 0 \ \&\&\ Abs(p_0 - q_0) < \alpha \ \&\&\ Abs(p_1 - p_0) < \beta \ \&\&\ Abs(q_1 - q_0) < \beta)  \quad (8\text{-}470)$$<br><br>Table 8-16 – Derivation of offset dependent threshold variables α' and β' from indexA and indexB<br><br>| indexA (for α') or indexB (for β') | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| α' | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 12 | 13 |
| β' | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 | 4 |<br><br>Table 8-16 (concluded) – Derivation of indexA and indexB from offset dependent threshold variables α' and β'<br><br>| indexA (for α') or indexB (for β') | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| α' | 15 | 17 | 20 | 22 | 25 | 28 | 32 | 36 | 40 | 45 | 50 | 56 | 63 | 71 | 80 | 90 | 101 | 113 | 127 | 144 | 162 | 182 | 203 | 226 | 255 | 255 |
| β' | 6 | 6 | 7 | 7 | 8 | 8 | 9 | 9 | 10 | 10 | 11 | 11 | 12 | 12 | 13 | 13 | 14 | 14 | 15 | 15 | 16 | 16 | 17 | 17 | 18 | 18 | | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items<br><br>Pg. 202<br><br>*{Note: The values of IndexA and IndexB from "0" to "51" are for the "QP" value or "quantization parameter", which specifies the level of compression. See next slide}* |

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| a compression dependent threshold estimator **adapted to estimate a compression dependent threshold** for said pixel at least from said perception threshold and information from said encoder; and |  |

12

*Preliminary Claim Chart Showing Infringement of Claim 1 of the U.S. Patent No. 6,744,818 by Lenovo*

| Claim 1 | |
|---|---|
| a filter unit adapted to filter said pixel at least according to said compression dependent threshold. | https://www.itu.int/rec/dologin_pub.asp?lang=e&id=T-REC-H.264-200711-S!!PDF-E&type=items<br><br>***{Note: "filterSampleFlag" is compression dependent threshold estimator for compression dependent threshold of alpha' and beta', as shown on slide 11. }***<br><br>**G.8.7.4.2 SVC filtering process for a set of samples across a horizontal or vertical block edge …**<br><br>Depending on the variable filterSamplesFlag, the following applies: Pg. 498-499<br><br>– If filterSamplesFlag is equal to 1, the following applies:<br>– If bS is less than 4, the process specified in clause 8.7.2.3 is invoked with $p_i$ and $q_i$ (i = 0..2), chromaEdgeFlag, bS, β, and indexA given as input, and the output is assigned to $p'_i$ and $q'_i$ (i = 0..2).<br>– Otherwise (bS is equal to 4), the process specified in clause 8.7.2.4 is invoked with $p_i$ and $q_i$ (i = 0..3), chromaEdgeFlag, α, and β given as input, and the output is assigned to $p'_i$ and $q'_i$ (i = 0..2).<br>– Otherwise (filterSamplesFlag is equal to 0), the filtered result samples $p'_i$ and $q'_i$ (i = 0..2) are replaced by the corresponding input samples $p_i$ and $q_i$:<br><br>for i = 0..2, $p'_i = p_i$ (G-357)<br>for i = 0..2, $q'_i = q_i$ (G-358)<br><br>Pg. 202<br><br>The variable filterSamplesFlag is derived by<br><br>filterSamplesFlag = ( bS != 0 && Abs( $p_0 - q_0$ ) < α && Abs( $p_1 - p_0$ ) < β && Abs( $q_1 - q_0$ ) < β ) (8-470) |