IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DIGIMEDIA TECH, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-227 (MN) |
| | ) | |
| LENOVO (UNITED STATES) INC., and | ) | |
| MOTOROLA MOBILITY LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to D.I. 31 and 49, the parties provide this Joint Claim Construction Chart.

The following abbreviations are used throughout: U.S. Patent No. 6,473,532 (the "'532 Patent");

U.S. Patent No. 6,744,818 (the "'818 Patent"); U.S. Patent No. 6,684,220 (the "'220 Patent"); U.S.

Patent No. 6,545,706 (the "'706 Patent"); U.S. Patent No. 7,715,476 (the "'476 Patent"); U.S.

Patent No. 6,606,287 (the "'287 Patent"); and U.S. Patent No. 6,567,086 (the "'086 Patent").

The parties have not agreed upon any constructions.

The parties dispute the constructions of the following claim terms:

| No. | Claim Term | DigiMedia's Proposed Construction | DigiMedia's Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Intrinsic Evidence |
|---|---|---|---|---|---|
| 1 | "A method of visual lossless encoding of frames of a video signal, the method comprising steps of:"<br><br>('532 Patent, Claim 6) | Preamble is *not* limiting | 2:22-67; 3:1-4:24; 4:26-14:34; 12:50-63. | Preamble is limiting | Claim 6; 2:25-28; 2:44-46; 3:1-11; 3:17-49; 4:9-16; 5:26-33; 5:66-6:12. |
| 2 | "detail[s]"<br><br>('532 Patent, Claim 6) | Plain and ordinary meaning | Abstract; 2:35-42; 2:52-60; 3:1-16; 4:9-19; 4:35-36 and Fig. 2; 4:65-10:19 11:24-60; 12:9-26; 12:51-67; 14:19-28. | "pixel[s]" | 2:31-43; 3:20-49; 3:52-60; 3:66-4:4; 6:14-21; 6:35-7:2; 7:10-17; 7:10-8:53; 9:27-35; 10:41-42. |
| 3 | "spatially and temporally separating and analyzing"<br><br>('532 Patent, Claim 6) | Plain and ordinary meaning | 3:1-16; 5:66-6:12; 12:50-67; 6:22-24. | "spatially and temporally separating and spatially and temporally analyzing" | 3:11-14; 5:66-6:13; 6:30-34; Figure 4. |
| 4 | "visual lossless encoding"<br><br>('532 Patent, Claim 6) | Plain and ordinary meaning | Abstract; 2:22-67; 3:1-11; 4:31-36 and Fig. 2; 5:34-65; 12:9-26; 12:50-63. | Indefinite. | 4:31-36; 2:23-24; 3:1-3, Figure 2, Figure 3. |
| 5 | "frame picture details" | Plain and ordinary meaning | 3:1-11; 4:61-5:14; 7:5-9:42; 12:50-63. | Indefinite. | 3:3-11; 5:1-14. |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | ('532 Patent, Claim 6) |  |  |  |  |
| 6 | "a visual perception estimator adapted to estimate a perception threshold for a pixel of a current frame of a videostream"<br><br>('818 Patent, Claim 1) | Plain and ordinary meaning; not indefinite; not subject to Section 112, paragraph 6 | Abstract; Figs. 1, 2, 4, 11; 1:63-4:45; 9:49-60. | Subject to 35 U.S.C. § 112, Paragraph 6.<br><br>*Function:* estimating a perception threshold for a pixel of a current frame of a videostream<br><br>*Structure:* none<br><br>Indefinite. | Abstract; 2:4-11; Figure 1, Figure 11. |
| 7 | "a pixel of a current frame of a videostream"<br><br>('818 Patent, Claim 1) | Plain and ordinary meaning | Abstract; 1:63-2:7; 4:6-10; 4:39-45; 9:49-60. | "each ith pixel of a current frame of a videostream" | 2:4-11; 2:12-17; 2:18-29. |
| 8 | "a compression dependent threshold estimator adapted to estimate a compression dependent threshold for said pixel at least from said perception | Plain and ordinary meaning; not indefinite; not subject to Section 112, paragraph 6 | Abstract; Figs. 1, 2, 4, 11; 1:63-4:45; 9:49-60. | Subject to 35 U.S.C. § 112, Paragraph 6.<br><br>*Function:* estimating a compression dependent threshold for said pixel at least from said perception threshold and information from said encoder<br><br>*Structure:* algorithm | Abstract; Figure 1, Figure 2, Figure 11; 1:31-33; 2:43-3:2; 3:7-13; 2:64-65; 3:53-55. |

|  | | | | | |
|---|---|---|---|---|---|
|  | threshold and information from said encoder"<br><br>('818 Patent, Claim 1) | | | (mathematical equation) disclosed at 3:7-13 | |
| 9 | "information" [from said encoder]<br><br>('818 Patent, Claim 1) | Plain and ordinary meaning | Fig. 1 and 2; 2:12-4:45. | "current frame type and/or encoder buffer capacity" [from said encoder] | 2:15-18; 2:37-42; 2:50-51; 2:64-65; 3:53-55; 4:1-5. |
| 10 | [Filter unit adapted to filter said pixel at least] "according to said compression dependent threshold"<br><br>('818 Patent, Claim 1) | Plain and ordinary meaning | Abstract; Fig. 2; 1:63-5:64; 9:3-36. | [Filter unit adapted to filter said pixel at least] "based on the value of said compression dependent threshold for said pixel" | 2:18-24; 5:45-56; 5:56-64; 7:20-8:22. |
| 11 | "automatically"<br><br>('220 Patent, Claims 1 and 22) | Plain and ordinary meaning. | *Passim* | "without user action or interaction" | 3:38-40; DEM(Len)000825-000838, DEM(Len)000851-000858; DEM(Len)000860-000872. |
| 12 | "each"<br><br>('220 Patent, | Plain and ordinary meaning. | *Passim* | "every one of at least a subset" | 3:36-37. |

| | | | | | |
|---|---|---|---|---|---|
| | Claims 1 and 22) | | | | |
| **13** | "objects" ('220 Patent, Claims 1-3, 6, and 22) | Plain and ordinary meaning. | *Passim* | "identifiable, encapsulated code and data that provide one or more services when requested by a user" | Figure 4A; Figure 4B; 3:24-40; 3:40-55; 4:17-5:17. |
| **14** | "head portion" ('706 Patent, Claims 19-24; '476 Patent, Claims 1-5) | Plain and ordinary meaning. | Abstract; Fig. 3; Fig. 6; Fig. 9; Fig. 10; Fig. 13[1]; 1:41-53; 1:54-62; 2:2-11; 2:16-18; 2:19-29; 2:30-40; 2:41-48; 2:53-2:61; 2:62-3:4; 3:5-13; 3:14-3:23; 3:38-47; 3:56-60; 4:40-50; 5:13-32; 5:33-50; 5:51-55; 6:1-10; 6:55-57; 6:66-7:8; 7:9-35; 7:36-47; 7:48-57; 7:58-65; 7:66-8:10; 8:11-21; 8:22-30; 8:46-63; 8:64-9:11; 9:23-30; 9:60-10:10; 10:40-54; 10:55-60; 10:61-11:1; 11:5-20; 11:30-14:53.[2]<br><br>'476 Patent Prosecution History:  April 22, 2009, Response to Office Action at 11-12; | "head of a person, rather than components of the head" | 2:32-41; 2:64-3:33; 6:66-7:8; 7:35-45; Figure 5, Figure 7, DM(Len)0001419-0001431; DM(Len)0001439-14449; DM(Len)0001454-0001462; DM(Len)0001469-0001482; DM(Len)0001501-0001521; DM(Len)00015333-0001544; DM(Len)0001550-0001551.<br><br>Patent Owner's Response, *Unified Patents, LLC v. Digimedia Tech. LLC*, IPR2021-0076, Dkt. No. 10 (Aug. 6, 2021). |

---

[1] Citation to figures also includes passages discussing or referencing those figures.
[2] These citations are to the '476 patent. The '706 patent shares a common specification with the '476 patent and Plaintiff cites the corresponding passages from the '706 patent.

| | | | September 21, 2009, Response to Office Action at 12-14; October 12, 2009 Response to Office Action at 12-14. | | Patent Owner's Sur-Reply, *Unified Patents, LLC v. Digimedia Tech. LLC,* IPR2021-0076, Dkt. No. 13, (Dec. 1, 2021). |
|---|---|---|---|---|---|
| **15** | "an unacceptable loss of quality" ('287 Patent, Claims 1, 4, and 8) | Plain and ordinary meaning. | Fig. 4, 7; 3:66-4:9; 4:28-46. | Indefinite. | Figure 7; 4:4-9; 4:37–39. |
| **16** | "a generator configured to generate one or more data items wherein said data items are associated with a media signal" ('287 Patent, Claim 4) | Plain and ordinary meaning; not indefinite; not subject to Section 112, paragraph 6 | 2:50-67; 4:21-4:27, Fig. 6. | Subject to 35 U.S.C. § 112, Paragraph 6<br><br>*Function:* generating one or more data items wherein said data items are associated with a media signal<br><br>*Structure:* none<br><br>Indefinite. | 2:50-67. |
| **17** | "a determiner configured to determine a maximum compression rate from said data items wherein recording said | Plain and ordinary meaning; not indefinite; not subject to Section 112, paragraph 6 | 4:58-67, Fig. 9. | Subject to 35 U.S.C. § 112, Paragraph 6<br><br>*Function:* determining a maximum compression rate from said data items wherein recording said media signal | 3:56-57; 4:41-27; 4:50-51; 4:63–64. |

| | | | | | |
|---|---|---|---|---|---|
| | media signal compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal"<br><br>('287 Patent, Claim 4) | | | compressed at said maximum compression rate does not result in an unacceptable loss of quality of said media signal<br><br>*Structure:* none<br><br>Indefinite. | |
| **18** | "An immersive video system for displaying a view window of an environment, the immersive video system comprising:"<br><br>('086 Patent, Claim 1) | Preamble is ***not*** limiting | *Passim* | Preamble is limiting. | Claim 1; 1:15-3:40; 8:5-9:55. |
| **19** | "A method of displaying a view window of an environment from a plurality of video streams, wherein each video stream includes environment | Preamble is ***not*** limiting | *Passim* | Preamble is limiting. | Claim 24; 1:15-3:40; 8:5-9:55. |

| | data for recreating different viewable

('086 Patent, Claim 24) | | | | |
|---|---|---|---|---|---|

STAMOULIS & WEINBLATT LLC

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard C. Weinblatt*

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE  19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com

OF COUNSEL:

Daniel A. Kent
Stephen R. Risley
Cortney S. Alexander
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022
(404) 585-4214

*Attorneys for Plaintiff*

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

OF COUNSEL:

Steven D. Moore
KILPATRICK TOWNSEND & STOCKTON LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
(415) 576-0200

Russell A. Korn
Richard W. Goldstucker
Amanda N. Brouillette
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA  30309-4528
(404) 815-6500

*Attorneys for Defendants*

April 5, 2022